Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
360-688-0458
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ALLEN WILLIAMSON,**<br>Plaintiff, | Case No. 6:11-cv-00445-TC<br><br>ORDER (ATTORNEY FEES) |
| vs. | |
| **COMMISSIONER,**<br>of Social Security<br>Administration,<br>Defendant. | |

It is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), the motion of Plaintiff's Counsel seeking $28,523.00 for attorney fees is GRANTED. The Court finds this is a reasonable fee. The EAJA offset does not apply because Plaintiff's Counsel did not receive any portion of the EAJA award as the Plaintiff's federal debt offset the entire EAJA award under the Treasury Offset Program. The check for the attorney fee under this Order shall be made payable to Bruce Brewer and mailed to his address at PO Box 421, West Linn, OR 97068.

DATED this 29th day of May, 2014.

_____
U.S. District Court Judge/Magistrate

presented by:
Bruce Brewer OSB No. 925581
Attorney for Plaintiff

1 - ORDER FOR ATTORNEY FEES